UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 25 AM 10:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 MJ 2620

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Magistrate's Case No. _____ |
| V.S. | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | |
| | ) | 31 U.S.C. 5332 Bulk Cash Smuggling |
| Maria CELEDONIO-CASILLAS | ) | |

The complainant being duly sworn states:

That on or about August 23, 2008, within the Southern District of California, defendant Maria CELEDONIO-CASILLAS attempted to smuggle into Mexico approximately $121,450 USD in cash concealed within the rear seat of the vehicle that she was operating; in violation of Title 31, United States Code, Sections 5332.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF August, 2008.

_____
Keith Laughlin
Special Agent
U.S. Immigration & Customs Enforcement

8/23/08

## PROBABLE CAUSE STATEMENT

I, Special Agent Keith Laughlin, declare under penalty perjury, the following is true and correct:

On August 23, 2008, at approximately 1600 hours, Maria Aurelia CELEDONIO-CASILLAS was stopped by U. S. Border Patrol just south of the San Clemente check point. CELEDONIO was the driver and sole occupant of a Chrysler Cirrus, Baja California license plate BEA2619.

The vehicle was screened by a Border Patrol Canine, which alerted to the rear seat of the vehicle. Subsequent inspection of the vehicle revealed approximately $121,450 USD in cash concealed within the rear seat of the vehicle. A small amount of marijuana was also discovered inside the bundles of cash.

CELEDONIO waived her constitutional rights as outlined in Miranda and admitted that she was driving the vehicle from Los Angeles to Tijuana, Mexico. CELEDONIO admitted that she was to be paid $300 for driving the vehicle from Mexico to Los Angeles and back to Mexico. CELEDONIO stated that she first suspected that she was transporting narcotics from Mexico. She later thought that she was transporting some type of contraband from Los Angeles to Mexico. CELEDONIO stated that currency was one possibility.

CELEDONIO was arrested for Bulk Cash Smuggling, in violation of Title 31, United States Code, Section 5332. She was booked into the Metropolitan Correction Center in San Diego, California. The vehicle and the currency were seized by U.S. Border Patrol.

Special Agent Keith Laughlin
Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of __2__ pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on _____, in violation of Title __31__, United States Code, Section(s) __5332__.

United States Magistrate Judge

8/25/08  1019hrs
Date/Time

## PROBABLE CAUSE STATEMENT

I, Special Agent Keith Laughlin, declare under penalty perjury, the following is true and correct:

On August 23, 2008, at approximately 1600 hours, Maria Aurelia CELEDONIO-CASILLAS was stopped by U. S. Border Patrol just south of the San Clemente check point. CELEDONIO was the driver and sole occupant of a Chrysler Cirrus, Baja California license plate BEA2619.

The vehicle was screened by a Border Patrol Canine, which alerted to the rear seat of the vehicle. Subsequent inspection of the vehicle revealed approximately $121,450 USD in cash concealed within the rear seat of the vehicle. A small amount of marijuana was also discovered inside the bundles of cash.

CELEDONIO waived her constitutional rights as outlined in Miranda and admitted that she was driving the vehicle from Los Angeles to Tijuana, Mexico. CELEDONIO admitted that she was to be paid $300 for driving the vehicle from Mexico to Los Angeles and back to Mexico. CELEDONIO stated that she first suspected that she was transporting narcotics from Mexico. She later thought that she was transporting some type of contraband from Los Angeles to Mexico. CELEDONIO stated that currency was one possibility.

CELEDONIO was arrested for Bulk Cash Smuggling, in violation of Title 31, United States Code, Section 5332. She was booked into the Metropolitan Correction Center in San Diego, California. The vehicle and the currency were seized by U.S. Border Patrol.

Special Agent Keith Laughlin
Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of __1__ pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on _Aug 23, 2008_, in violation of Title __31__, United States Code, Section(s) __5332   BULK CASH SMUGGLING__

United States Magistrate Judge

Date/Time _Aug. 24, 2008 @ 12:00 p.m._